| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 OCT 27 PM 2:00
DEPUTY CLERK

| PLAINTIFF<br>Dinli Metal Industrial Company, Ltd. (Counter-Defendant) | COURT CASE NUMBER<br>3:06-CV-00787-R |
|---|---|
| DEFENDANT<br>Galt Porter, Bill Peirce, Cobra Sports, Dinli USA, LLC (Counter-Plaintiff), Lee Burnett | TYPE OF PROCESS<br>Breach of Contract/Fraud |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dinli Metal Industrial Company, Ltd.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7408 Sugar Maple, Irving, TX 75063

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Perkins
Vanacour Perkins PLLC
14675 Midway Road, Suite 100
Addison, Texas 75001

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                   Fold

Dinli USA, Inc. (Subsidiary) Chen Nan Ku (Agent) 7408 Sugar Maple, Irving, Texas 75063
Attorney/Agent Eric Fein, Esq. 15455 Dallas Parkway, Suite 1225, Addison, Texas 75001
Dinli, L.P. (Subsidiary) Chen Nan Ku (Agent) 5616 Corporate Blvd. Suite 400B, Baton Rouge, LA 70816

Signature of Attorney other Originator requesting service on behalf of:
COUNTERCLAIM
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 972-865-6034
DATE: 10/5/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>4 | District of Origin<br>No. 77 | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/5/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6 Oct 17    Time: 10:55 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$65.00 | Total Mileage Charges including endeavors)<br>$16.74<br>31 mi/83 RT | Forwarding Fee<br>0 | Total Charges<br>$81.74 | Advance Deposits<br>65.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$16.74    $0.00 |
|---|---|---|---|---|---|

REMARKS: Attempted Service 6 Oct 2017 at listed address; no one answered door at the residence

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80